IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MYRIAM CRUZ MARTINEZ, et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-1604 (RLA)

SEARS ROEBUCK COMPANY,

    Defendant.

### JUDGMENT

Absent opposition and it appearing from the arguments presented by defendant that dismissal of the complaint is warranted, Defendant Sears' Motion to Dismiss with Prejudice for Plaintiffs' Continuing Failure to Respond to discovery Requests in Violation of this Court's May 28, 1999 Order, filed on August 12, 1999 (docket No. 18), is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this ⟨2⟩ day of September, 1999.

                          RAYMOND L. ACOSTA
                       United States District Judge

ENTERED ON DOCKET 9/7/99 PURSUANT TO FRCP RULES 58 & 79a

RECEIVED & FILED 1999 SEP -7 AM 7:37 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

AO 72
(Rev 8/82)