UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MYRIAM CRUZ MARTINEZ

V.     CIVIL NO. 98-1604 (RLA)

SEARS ROEBUCK COMPANY

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/8/99   Docket # 20 | DENIED AS MOOT. |
| [X] Plffs. | |
| Title: MOTION IN COMPLIANCE WITH COURT ORDER AND IN OPPOSITION TO MOTION TO DISMISS | |

September 9, 1999         RAYMOND L. ACOSTA
       Date              U.S. District Judge

Rec'd:        EOD:

By:        # 21