UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 29 AM 9:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

MYRIAM CRUZ MARTINEZ

V.                    CIVIL NO. 98-1604 (RLA)

SEARS ROEBUCK COMPANY

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/20/99   Docket # 22<br><br>[X] Plffs.<br><br>Title: MOTION TO ALTER AND AMEND JUDGMENT | DENIED. <u>See</u> Opposition... filed on September 27, 1999 (docket No. 23). |

September 28, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: no        # 24