IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MYRIAM CRUZ MARTINEZ    *   CIVIL NO. 98-1604-RLA

RAUL MARRERO    *

    Plaintiffs    *

    v.    *

SEARS ROEBUCK CO.    *

    Defendant    *

    *

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**COME NOW** the plaintiffs, through counsel, and respectfully INFORMS THIS Honorable Court:

.    Notice is hereby given that Myriam Cruz Martínez and Raúl Marrero all plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered on the 7th day of September 1999.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of November, 1999.

I CERTIFY that on this day a copy of this motion was sent by mail to attorney Luis Martínez Llorens, Colón Martínez, PO Box 9023355, San Juan, Puerto Rico. 00902.

JOSE A. HERNANDEZ MAYORAL
Banco Popular Building, Suite 703
Old San Juan, PR 00901
Tel. 722-7782
Fax 722-7786
USDC No. 205307